# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:09CR34 |
| | ) | |
| JOSE D. BUENROSTRO and | ) | ORDER |
| LUIS A. TREJO-DIAZ, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the magistrate judge on the motion (#35) of Jose D. Buenrostro for change of venue from Omaha to North Platte, Nebraska. Codefendant, Luis A. Trejo-Diaz objects to the proposed change of venue (*see* #36). The court finds that the motion should be denied.

**IT IS ORDERED** that the motion (#35) of Jose D. Buenrostro for change of venue from Omaha to North Platte is denied, and the objection thereto (#36) is sustained. This case will be tried in Omaha, Nebraska.

A party may object to a magistrate judge's order by filing an "Objection to Magistrate Judge's Order" within 14 days after being served with the order. The objecting party must comply with all requirements of NECrimR 59.2.

**DATED December 4, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**