```
              IN THE UNITED STATES DISTRICT COURT

                 FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,    )
                             )
             Plaintiff,      )        8:09CR383
                             )
     v.                      )
                             )
JOSE D. BUENROSTRO and       )        ORDER
LUIS A. TREJO-DIAZ,          )
                             )
             Defendants.     )
_____)
```

This matter is before the Court on the motion of defendant Buenrostro for continuance (Filing No. 71) and on plaintiff's motion to continue trial (Filing No. 72). The Court finds the motions should be granted. Accordingly,

IT IS ORDERED that the motions for continuance are granted. Trial of this matter is set for:

**Monday, August 16, 2010, at 9 a.m**.

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. This will give the parties time to prepare for trial or pursue plea negotiations, and will accommodate the schedule of the Court. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between July 6, 2010, and August 16, 2010, shall be deemed

excludable time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 1st day of July, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court