IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
          Plaintiff,         )      8:09CR383
                             )
     v.                      )
                             )
JOSE D. BUENROSTRO,          )      ORDER
                             )
          Defendant.         )
_____)
```

After trial,

IT IS ORDERED that all pending motions are denied.

DATED this 23rd day of February, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court