IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR383 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE D. BUENROSTRO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's application to proceed without prepayment of fees and affidavit (Filing No. 119). The Court finds the application should be granted. Accordingly,

IT IS ORDERED that defendant's application to proceed on appeal without prepayment of fees and affidavit is granted.

DATED this 21st day of June, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court