IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR383 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE D. BUENROSTRO, | ) | ORDER NUNC PRO TUNC |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion under 28 U.S.C. § 2255 to vacate, set aside or correct sentence by a person in federal custody (Filing No. 131). The Court finds plaintiff should respond to said motion. Accordingly,

IT IS ORDERED that the plaintiff shall file a response to defendant's motion under 28 U.S.C. § 2255 on or before October 9, 2012. Said response shall include affidavits from any of defendant's prior counsel concerning the plea agreement.

DATED this 5th day of September, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court