IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR383 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE D. BUENROSTRO, | ) | ORDER AND JUDGMENT |
| | ) | |
| Defendant. | ) | |
|_____| ) | |

Pursuant to the memorandum opinion entered herein this
date,

IT IS ORDERED that defendant Jose D. Buenrostro's
motion to vacate, set aside, or correct sentence pursuant to 28
U.S.C. § 2255 (Filing No. 131) is denied.

DATED this 17th day of October, 2012.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court